Commercial Products Corporation, an Illinois Corporation, Appellee, v. Solem Machine Company, a Corporation, Appellant, and Peter A. Solem.

Gen. No. 11,439. 

Second District, First Division.
February 23, 1961.

Welsh & Welsh, of Rockford, for appellant; Raphael E. Yalden, of Rockford, for appellee. Opinion by JUDGE DOVE. **Not to be published in full.**